**IT IS SO ORDERED.**

**Dated: 11:52 AM March 29 2007**

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

C07-00132                                        CAJ/jao

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION-AKRON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Robert John Wolverton | ) | CASE NO. 07-50146 |
| | ) | |
| Catherine Ann Wolverton | ) | JUDGE Marilyn Shea-Stonum |
| DEBTORS | ) | |
| | ) | **AGREED ORDER RESOLVING** |
| | ) | **FORD MOTOR CREDIT'S MOTION** |
| | ) | **FOR PRE-CONFIRMATION ADEQUATE** |
| | ) | **PROTECTION PAYMENTS PURSUANT** |
| | ) | **TO 11 U.S.C. § 1326(a)(1)(C)** |

Upon the Motion of Ford Motor Credit Company aka Ford Motor Credit Co. aka Ford Motor Credit aka Ford Credit, ("Ford") for Pre-Confirmation Adequate Protection Payments Pursuant to 11

U.S.C. Section 1326(a)(1)(C), the parties have agreed to the *following*:

1. Ford is the holder of an allowed claim secured by personal property, a 2004 Ford Taurus (VIN# 1FAFP55U94G130067).

2. Adequate protection payments shall be paid monthly by debtor to creditor in the amount of $255.72.

3. Creditor has agreed to allow the adequate protection payments to be distributed through the Chapter 13 Trustee.

4. Creditor shall receive adequate protection as pre-confirmation distributions following entry of the within order.

5. The Trustee shall disburse the adequate protection payments as follows:

| Creditor | Collateral | Address | Account # | Amount |
|---|---|---|---|---|
| Ford Motor Credit Company | 2004 Ford Taurus | Drawer 55-953 P.O. Box 55000 Detroit, MI 48255 | 36913081 | $255.72 |

6. Trustee shall be allowed the ordinary and customary trustee fee on adequate protection payments made to creditors prior to confirmation.

**BE IT SO ORDERED:**

###

SUBMITTED BY:

/s/ Cynthia A. Jeffrey
REIMER, LOBBER & ARNOVITZ CO., L.P.A.
BY: Cynthia A. Jeffrey #0062718
BY: Faye D. English #0075557
BY: Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
330-425-4201
Fax 330-425-2155
Attorneys for Movant

/s/
Robert M. Whittington, Jr.
SCR# 0007851
Attorney for Debtors
159 South Main Street
Key Building
Suite #1023
Akron, Ohio 44308-1318
(330) 384-8484

/s/ for
Jerome L. Holub
Chapter 13 Trustee
One Cascade Plaza
Suite #2020
Akron, Ohio 44308-1318
(330) 762-6335

## LIST OF PARTIES TO BE SERVED

1. Office of the U.S. Trustee
   * Served Electronically *

2. Jerome L. Holub, Trustee
   * Served Electronically *

3. Robert M. Whittington, Jr., Esq.
   * Served Electronically *

4. Robert John Wolverton, Debtors
   Catherine Ann Wolverton
   646 Fouse Avenue
   Akron, Ohio 44310

5. Cynthia A. Jeffrey, Esq.
   Faye D. English, Esq.
   Edward A. Bailey, Esq.
   * Served Electronically *