**IT IS SO ORDERED.**

**Dated:  12:28 PM April 03 2007**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

C07-00132          CAJ/jao

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 07-50146 |
| Robert John Wolverton | ) |
|  | ) Chapter 13 |
| Catherine Ann Wolverton | ) |
| Debtors | ) Judge Marilyn Shea-Stonum |
|  | ) |
|  | ) AGREED ORDER SETTLING OBJECTION |
|  | ) OF FORD MOTOR CREDIT COMPANY TO |
|  | ) CONFIRMATION OF DEBTOR'S CHAPTER |
|  | ) 13 PLAN |

This cause came to be considered this day upon the Objection of FORD MOTOR CREDIT COMPANY AKA FORD MOTOR CREDIT CO. AKA FORD MOTOR CREDIT AKA FORD CREDIT, ("Ford") to confirmation of the Debtor's Chapter 13 plan, due notice of Ford's Objection having been given to all parties in interest.

It appearing to the Court that by agreement of Ford and the

Debtor, as manifested by the signatures of their counsel at the end hereof, the Objection of Ford should be sustained to the extent set forth herein.

It appearing to the Court that Ford is a creditor of this estate, secured by a promissory note upon personal property listed as a 2004 Ford Taurus (VIN# 1FAFP55U94G130067).

It further appearing to the Court that by agreement of the parties Ford shall have an allowed secured claim in the amount of $8,900.00 together thereon with the interest rate of 10%, with the balance paid as an unsecured claim, and a fixed monthly payment in the amount of $255.72 and that said claim of Ford should be paid by the Trustee inside the Debtor's Chapter 13 Plan.

IT IS THEREFORE ORDERED that for purposes of the Debtor's Chapter 13 Plan, Ford shall have a secured claim of $8,900.00 together thereon with the interest rate of 10%, with the balance paid as an unsecured claim, and a fixed monthly payment in the amount of $255.72 and that said claim of Ford should be paid by the Trustee.

IT IS FURTHER ORDERED that the claim of Ford shall be paid under the terms of this Agreed Order, once confirmed by this Court.

###

SUBMITTED BY:

/s/ Cynthia A. Jeffrey　　　　　　　　　　/s/ Robert M. Whittington
REIMER,LORBER & ARNOVITZ CO.,L.P.A.　　Robert M. Whittington, Jr.
BY: Cynthia A. Jeffrey #0062718　　　　 SCR# 0007851
BY: Faye D. English #0075557　　　　　　Attorney for Debtors
BY: Edward A. Bailey #0068073　　　　　 159 South Main Street
P.O. Box 968　　　　　　　　　　　　　　Key Building
Twinsburg, Ohio 44087　　　　　　　　　 Suite #1023
330-425-4201　　　　　　　　　　　　　　Akron, Ohio 44308-1318
Fax 330-425-2155　　　　　　　　　　　　(330) 384-8484
Attorneys for Movant


/s/ Jerome L. Holub
Jerome L. Holub
Chapter 13 Trustee
One Cascade Plaza
Suite #2020
Akron, Ohio 44308-1318
(330) 762-6335

**LIST OF PARTIES TO BE SERVED**

1. Office of the U.S. Trustee
   * Served Electronically *

2. Jerome L. Holub, Trustee
   * Served Electronically *

3. Robert M. Whittington, Jr., Esq.
   * Served Electronically *

4. Robert John Wolverton, Debtors
   Catherine Ann Wolverton
   646 Fouse Avenue
   Akron, Ohio 44310

5. Cynthia A. Jeffrey, Esq.
   Faye D. English, Esq.
   Edward A. Bailey, Esq.
   * Served Electronically *