IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 07-50146 |
| ) | Chapter 13 |
| Robert John Wolverton | |
| ) | |
| Catherine Ann Wolverton | |
| ) | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| ) | |
| | DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY |

    Now come the above-captioned debtors, by and through the undersigned counsel, who respond as follows to a motion for relief from stay filed by Ford Motor Credit Company LLC ("movant"), allegedly a creditor herein.

    1. The debtors admit to those allegations made by the movant in its memorandum in support of its motion in those paragraphs designated as numbers one (1) through four (4), inclusive, and number fourteen (14).

    2. The debtors deny for lack of information sufficient to form a belief concerning the veracity of those allegations made by the movant in its memorandum in support of its motion in those paragraphs designated as numbers five (5) through nine (9), inclusive.

    3. The debtors deny each and every other allegation made by the movant in its motion not specifically admitted herein.

    4. The debtors affirmatively state that pursuant to their chapter 13 plan, as confirmed by the Court on March 30, 2007 (docket no. 27), the movant's claim for a 2004 Ford Taurus automobile is being paid by the debtors inside their chapter 13 plan, by way of payments made by the chapter 13 trustee to the movant.

    5. The debtors affirmatively state that in an agreed order entered herein on April 30, 2007 (docket no. 30), the Court found " . . . Ford shall have a secured claim of $8,900.00 together thereon with the interest rate of 10%, with the balance paid as an unsecured claim, and a fixed monthly payment in the amount of $255.72 and that said claim of Ford should be paid by the Trustee."

    6. The debtors affirmatively state that according to the chapter 13 trustee's

interim report on the debtors' case, dated February 22, 2011 and attached hereto as Exhibit "A," the chapter 13 trustee has paid $8,896.86 of the movant's allowed secured claim and a balance of $7.14 remains unpaid. The debtors further submit that the attached exhibit shows that the debtors are substantially current in their payments to the chapter 13 trustee notwithstanding the movant's allegations in its motion of some default in the debtors' payments.

    7. The debtors affirmatively state that the 2004 Ford Taurus was destroyed in a collision in January of 2001 and that the debtors' insurer has declared the vehicle to be a total loss.

    8. The debtors affirmatively state that the movant has a lien on the insurance proceeds only to the extent of the remaining unpaid balance owed by the debtor to the movant on its allowed secured claim, $7.14, and that order confirming the debtors' plan and the agreed order of April 30, 2007 estop the movant from asserting that it is entitled to relief that would allow the movant to receive any more than $7.14 of these proceeds.

    9. The debtors submit the balance of any proceeds over and above the $7.14 should be paid over to the debtors so that the debtors may purchase replacement transportation so that the debtors may continue to effectuate their chapter 13 plan.

    WHEREFORE, the debtors pray for the entry of an order overruling and denying the present motion at the movant's costs and granting to the debtors such other and further relief as may be equitable and just.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing response was sent by electronic ECF notice this 23rd day of February, 2011, to Cynthia A. Jeffrey, attorney for the movant, to Keith Rucinski, chapter 13 trustee and to the U.S. Trustee.

/s/ Robert M. Whittington, Jr.



## Keith L. Rucinski
### INTERIM REPORT STATEMENT AS OF 02/22/2011

| | | |
|---|---|---|
| CASE NO: 07-50146 | SCHEDULE: | 154.00 SEMIMONTH |
| STATUS: COMP - 4.00% | TOTAL PAID: | 13,860.00 |

| DEBTOR: | J DEBTOR: |
|---|---|
| ROBERT JOHN WOLVERTON | CATHERINE ANN WOLVERTON |

**LAST 12 TRANSACTIONS**

| Date | Source | Amount |
|---|---|---|
| 02/14/11 | PC | 308.00 |
| 01/18/11 | PC | 308.00 |
| 12/13/10 | PC | 308.00 |
| 11/05/10 | PC | 308.00 |
| 10/14/10 | PC | 308.00 |
| 09/13/10 | PC | 308.00 |
| 08/04/10 | PC | 308.00 |
| 07/02/10 | PERS CK | 308.00 |
| 05/24/10 | PERS CK | 308.00 |
| 04/28/10 | PERS CK | 308.00 |
| 03/31/10 | PERS CK | 308.00 |
| 03/03/10 | PERS CK | 308.00 |


EXHIBIT A

| | | |
|---|---|---|
| DATE FILED: | 01/18/2007 | |
| CONFIRMED: | 03/30/2007 | |
| MODIFIED: | | |
| BAR DATE: | 06/06/2007 Non-Government | |
| | 07/17/2007 Government | |
| PERCENTAGE: | 4.000% | EMPLOYER: MICHELIN N AMERICA |
| PLAN: | 36 | JOINT DEBTOR: JOHNSONS CORNERS PRESCHOOL |
| MONTHS TO PAYOFF: | (20 LEFT) | |
| MONTHS ON SCHEDULE: | (0 LEFT) | |
| PAYMENTS DUE TO DATE: | 13,860.00 | ATTORNEY: ROBERT M WHITTINGTON |
| ACTUAL PAYMENTS: | 13,860.00 | |
| AMOUNT BEHIND: | 0.00 | |

| CLAIM | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT.BEGIN | APPROVED TO BE PAID | PRIN PAID INT PAID | PRIN. DUE INT.DUE |
|---|---|---|---|---|---|---|---|---|---|
| | ROBERT M WHITTINGTON | PRO | SEC | | 0.00 | 400.00 | 400.00 | 0.00 | 400.00 |
| | | | 100.000 | | 0.00 | | 400.00 | 0.00 | 0.00 |
| | CITIFINANCIAL RETAIL SERVICES | PRO | UNS | | 0.00 | | 0.00 | 0.00 | Not Filed |
| | | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| | AKRON GENERAL MEDICAL CENTER | PRO | UNS | | 0.00 | | 0.00 | 0.00 | Not Filed |
| | | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| | ROBERT M WHITTINGTON | PRO | UNS | | 0.00 | 300.00 | 300.00 | 0.00 | 300.00 |
| | | | 100.000 | | 0.00 | | 300.00 | 0.00 | 0.00 |
| | TIME WARNER CABLE | PRO | UNS | | 0.00 | | 0.00 | 0.00 | Not Filed |
| | | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| | AKRON GENERAL MEDICAL CENTER | PRO | UNS | | 0.00 | | 0.00 | 0.00 | Not Filed |
| | | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| | CHILDRENS HOSPITAL MEDICAL | PRO | UNS | | 0.00 | | 0.00 | 0.00 | Not Filed |
| | | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| | DIGESTIVE HEALTH CENTER | PRO | UNS | | 0.00 | | 0.00 | 0.00 | Not Filed |
| | | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| 01-1 | CAPITAL ONE BANK | PRO | UNS | | 0.00 | 2,198.64 | 2,198.64 | 0.00 | 87.95 |
| | | | 4.000 | | 0.00 | | 87.95 | 0.00 | 0.00 |
| 02-1 | PRA RECEIVABLES MANAGEMENT LLC | PRO | UNS | | 0.00 | 645.76 | 645.76 | 0.00 | 25.83 |
| | | | 4.000 | | 0.00 | | 25.83 | 0.00 | 0.00 |
| 03-1 | FORD MOTOR CREDIT COMPANY | FIX | SEC | 01/2011 | 255.72 | 8,900.00 | 8,900.00 | 8,892.86 | 7.14 |
| | PER 4/3/07 A/O- AUTO WRECKED INS $ | | 100.000 | 10.000 | 0.00 | 01/29/2007 | 8,900.00 | 2,414.92 | 0.00 |
| 03-1 | FORD MOTOR CREDIT COMPANY | PRO | UNS | | 0.00 | 2,744.54 | 2,744.54 | 0.00 | 109.78 |
| | Split Claim | | 4.000 | | 0.00 | | 109.78 | 0.00 | 0.00 |
| 04-1 | OHIO EDISON COMPANY | PRO | UNS | | 0.00 | 79.11 | 79.11 | 0.00 | 3.16 |
| | | | 4.000 | | 0.00 | | 3.16 | 0.00 | 0.00 |
| 05-1 | BENEFICIAL FINANCE CORP | PRO | UNS | | 0.00 | 11,080.27 | 11,080.27 | 0.00 | 443.21 |
| | UNS 3/12/07 AO ADVSRY CASE 0705011 | | 4.000 | | 0.00 | | 443.21 | 0.00 | 0.00 |
| 06-1 | FIRSTAR | PRO | UNS | | 0.00 | 2,193.39 | 2,193.39 | 0.00 | 87.74 |
| | | | 4.000 | | 0.00 | | 87.74 | 0.00 | 0.00 |
| 07-1 | INTERNAL REVENUE SERVICE | PRO | PRI | | 0.00 | 603.67 | 0.00 | 0.00 | Closed |
| | CLM WD 2/14/07 | | 100.000 | | 0.00 | | 0.00 | 0.00 | |
| 07-1 | INTERNAL REVENUE SERVICE | PRO | UNS | | 0.00 | 36.17 | 0.00 | 0.00 | Closed |
| | Split Claim CLM WD 2/14/07 | | 4.000 | | 0.00 | | 0.00 | 0.00 | |
| 08-1 | LITTON LOAN SERVICING, LP | PRO | SEC | | 0.00 | | 0.00 | 0.00 | Direct |
| | NO ARREARS CLAIMED | | 100.000 | | 0.00 | | 0.00 | 0.00 | |
| 10-1 | PREMIER BANKCARD/CHARTER | PRO | UNS | | 0.00 | 332.00 | 332.00 | 0.00 | 13.28 |
| | | | 4.000 | | 0.00 | | 13.28 | 0.00 | 0.00 |
| 11-1 | ECAST SETTLEMENT CORP | PRO | UNS | | 0.00 | 890.69 | 890.69 | 0.00 | 35.63 |
| | SAMS CLUB | | 4.000 | | 0.00 | | 35.63 | 0.00 | 0.00 |
| 12-1 | PORTFOLIO RECOVERY ASSOCIATES LLC | PRO | UNS | | 0.00 | 6,237.68 | 6,237.68 | 0.00 | 249.51 |
| | WASHINGTON MUTUAL | | 4.000 | | 0.00 | | 249.51 | 0.00 | 0.00 |
| 13-1 | PORTFOLIO RECOVERY ASSOCIATES LLC | PRO | UNS | | 0.00 | 3,608.02 | 3,608.02 | 0.00 | 144.32 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | WASHINGTON MUTUAL | | | 4.000 | | 0.00 | | 144.32 | 0.00 | 0.00 |
| 14-1 | ECAST SETTLEMENT CORP | | PRO | UNS | | 0.00 | 2,013.36 | 2,013.36 | 0.00 | 80.53 |
| | ORCHARD BANK/HOUSEHOLD | | | 4.000 | | 0.00 | | 80.53 | 0.00 | 0.00 |
| 15-1 | ECAST SETTLEMENT CORP | | PRO | UNS | | 0.00 | 673.00 | 673.00 | 0.00 | 26.92 |
| | HSBC | | | 4.000 | | 0.00 | | 26.92 | 0.00 | 0.00 |
| 16-1 | NATIONAL CAPITAL MANAGEMENT LLC | | PRO | UNS | | 0.00 | 905.61 | 905.61 | 0.00 | 36.22 |
| | APPLIED CARD BANK | | | 4.000 | | 0.00 | | 36.22 | 0.00 | 0.00 |
| 17-1 | DOMINION EAST OHIO GAS | | PRO | UNS | | 0.00 | 1,227.90 | 1,227.90 | 0.00 | 49.12 |
| | | | | 4.000 | | 0.00 | | 49.12 | 0.00 | 0.00 |
| 18-1 | ECAST SETTLEMENT CORP | | PRO | UNS | | 0.00 | 2,202.05 | 2,202.05 | 0.00 | 88.08 |
| | | | | 4.000 | | 0.00 | | 88.08 | 0.00 | 0.00 |
| 19-1 | CITY OF AKRON LAW DEPARTMENT | | PRO | UNS | | 0.00 | 257.95 | 257.95 | 0.00 | 10.32 |
| | | | | 4.000 | | 0.00 | | 10.32 | 0.00 | 0.00 |
| 20-1 | LITTON LOAN SERVICING, LP | | PRO | SEC | | 0.00 | 3,698.76 | 3,698.76 | 0.00 | 3,698.76 |
| | SUPP CLAIM PER 11/8/09 ORDER | | | 100.000 | | 0.00 | | 3,698.76 | 0.00 | 0.00 |
| 799 | ROBERT M WHITTINGTON | | PRO | ATY | 07/2007 | 0.00 | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 |
| | | | | 100.000 | | 0.00 | | 1,300.00 | 0.00 | 0.00 |
| | Trustee Administrative Fees | | | | | | | 939.22 | 939.22 | |

| | | | TOTALS | | | 255.72 | 51,888.73 | 52,827.95 | 11,132.08 | 5,897.50 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | | 17,029.58 | 2,414.92 | 0.06 |
| | ADMIN | ATTY | SECURED | PRIORITY | UNSEC | OTHER | | | | |
| CLAIM AMOUNT: | 0.00 | 1,300.00 | 12,998.76 | 0.00 | 1,791.60 | 0.00 | | | | |
| PAID BY TRUSTEE: | 0.00 | 1,300.00 | 8,892.86 | 0.00 | 0.00 | 0.00 | | | | |
| SUB TOTAL: | 0.00 | 0.00 | 4,105.90 | 0.00 | 1,791.60 | 0.00 | DUE CREDITORS: | 5,897.56 | | |
| INTEREST DUE: | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 376.44 | | |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 313.00 | | |
| BALANCE DUE: | 0.00 | 0.00 | 4,105.96 | 0.00 | 1,791.60 | 0.00 | APPROX BALANCE: | 5,961.00 | | |

The data displayed on this website is provided to EPIQ Systems, Inc. by trustee clients of EPIQ Systems, Inc. This website is not a replacement for PACER. It is the user's sole responsibility to verify data for accuracy.

Figures provided on this website should not be relied upon for use in court or court filings. EPIQ Systems, Inc. and its Chapter 13 Trustee clients assume no responsibility for the accuracy or completeness of data displayed on this website, including, but not limited to basic case, claim, disbursement or other information provided herein. Access to the provided information is controlled by the individual Chapter 13 Trustee.

Case Interim Report: 02/22/2011

07-50146-mss    Doc 60    FILED 02/23/11    ENTERED 02/23/11 11:07:38    Page 4 of 4